**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| CHRYSANTHIS ORTEGATOS,<br><br>Plaintiff,<br><br>-against-<br><br>CHASE BANK USA, N.A.,<br><br>Defendant. | Civil Case No. 15-cv-1070 (LO)(TCB) |

## VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), the undersigned parties, by counsel, hereby stipulate to the dismissal with prejudice of Plaintiff's civil claim against Chase Bank USA, N.A., originally filed in the General District Court of Fairfax County, Virginia, captioned *Ortegatos, Chrysanthis v. Chase Bank USA*, and removed to the U.S. District Court for the Eastern District of Virginia on August 21, 2015.

ENTERED this _____ day of _____, 2015.

_____
Hon. Liam O'Grady
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

/s/ Denise Pitts_____
Denise Pitts (VSB No. 43766)
The Law Office of Robert Weed
45575 Shepard, #201
Sterling, Virginia 20164
Tel.: (703) 421-7111
denise@robertweed.com

Robert Ross Weed
The Law Office of Robert Weed
45575 Shepard, #201
Sterling, Virginia 20164
Tel.: (703) 335-7793
robertweed@robertweed.com

*Attorneys for Chrysanthis Ortegatos*


/s/ Don Bradford Hardin, Jr._____
Don Bradford Hardin, Jr.  (VSB No. 76812)
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6073
Fax: (202) 663-6363
bradford.hardin@wilmerhale.com

Alan E. Schoenfeld
WILMER CUTLER PICKERING HALE
AND DORR LLP
7 World Trade, 250 Greenwich Street
New York, NY 10007
Tel.: (212) 937-7294
Fax: (212) 230-8888
alan.schoenfeld@wilmerhale.com

*Attorneys for Chase Bank USA, N.A.*